## MOTION DOCKET

**92–1102.** Pleasant City v. Ohio Div. of Reclamation. *Guernsey County*, No. 91–CA–09. On motion for leave to exceed page limit. Motion denied.

A.W. SWEENEY, DOUGLAS and WRIGHT, JJ., dissent.

**92–2019.** State v. Fox. *Wood County*, No. 90WD067. On motion for leave to file appellant's brief instanter. Motion granted.

**92–2227.** Bobich v. Convenient Food Mart 3–109. *Cuyahoga County*, No. 62923. On motion to consolidate with 91–2335, *Walsh v. Jagadeesan*, Stark County, No. CA–8407. Motion granted and case held for the decision in that case.

F.E. SWEENEY, J., dissents.

**92–2534.** Hiatt v. S. Health Facilities, Inc. *Scioto County*, No. 91CA2025. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion granted.

**92–2638.** State v. Givens. *Warren County*, No. CA92–02–015. On motion to withdraw as counsel. Motion granted and this matter is referred to the Ohio Public Defender.

**93–47.** State ex rel. Cuyahoga Cty. Democratic Party Executive Commt. v. Taft. In Mandamus. On motion to strike. Motion denied.

MOYER, C.J., and WRIGHT, J., not participating.

**93–129.** Columbia Gas Transm. Corp. v. An Exclusive Natural Gas Storage Easement. Certified Question of State Law. On motion for leave to file *amicus* of East Ohio Gas Company. Motion granted.

**93–199.** State v. Dvorak. *Cuyahoga County*, No. 61592. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., RESNICK and PFEIFER, JJ., dissent.

**93–200.** State v. Larabee. *Fairfield County*, No. 8CA92. On motion for leave to file *amicus* of Ohio Prosecuting Attorneys Association instanter. Motion granted.

**93–278.** Moskovitz v. Mt. Sinai Med. Ctr. *Cuyahoga County*, Nos. 60464 and 61166. On motion for leave to file *amicus* of American Association of Retired Persons. Motion granted.

**93–286.** In re Estate of Utterdyke. *Portage County*, No. 92–P–0031. On motion for leave to file table of contents and appendix instanter. Motion granted.